UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HOMEVESTORS OF AMERICA, INC., | § § § § § § § § § § | |
| *Plaintiff,* | | Civil Action No. 3:19-CV-02061-X |
| v. | | |
| KAMIEL MOORE HARRISON, | | |
| *Defendant.* | | |

**MEMORANDUM OPINION AND ORDER**

This case arises from allegations of: (1) violations of the Defend Trade Secrets Act, (2) breach of contract, (3) fraud, (4) RICO violations, and (5) conversion. Defendant Kamiel Moore Harrison worked as Plaintiff HomeVestor's Director of Online Operations. HomeVestors alleges that Harrison "implemented and carried out a fraudulent scheme whereby she illegally funneled money from HomeVestors to companies in which she . . . had a personal ownership interest."[1] Harrison filed a motion for summary judgment. After careful consideration, and as explained below, the Court **DENIES** Harrison's motion for summary judgment.

I. Analysis

The Court finds that Harrison's motion for summary judgment, to the extent it was indeed intended to be a motion for summary judgment, is untimely as discovery had not yet started when it was filed.

---

[1] [Doc. No. 1 at 6, ¶ 13].

## II. Conclusion

For the foregoing reason, the Court **DENIES** Harrison's motion for summary judgment.

**IT IS SO ORDERED** this 22nd day of October 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE